**SEALED** 

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v.  CASE NUMBER: 3:21-mj-00016

JONATHAN BAKER

## MOTION TO SEAL

Comes now the United States of America by Stephanie S. Taylor, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint, Affidavit, Arrest Warrant, this Sealed Motion and Order, in order to allow for the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney

s/Stephanie S. Taylor
STEPHANIE S. TAYLOR
Assistant United States Attorney
WV State Bar No. 9424
845 Fifth Avenue, Rm 209
Huntington, WV 25701
Telephone: 304-529-5799
Fax: 304-529-5545
Email: stephanie.taylor2@usdoj.gov