**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON



ENTERED
MAR 1 8 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                                  CASE NUMBER: 3:21-mj-00016

JONATHAN BAKER

## O R D E R

For the reasons set forth in the Motion to Seal, the United States Sealed Motion to Seal is hereby granted. The United States is authorized to disclose the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest. Upon receipt of the executed Arrest Warrant, the Criminal Complaint, Affidavit, Arrest Warrant, Sealed Motion to Seal, and this Sealed Order shall be unsealed.

ENTER: March 18, 2021

_____
CHERYL A. EIFERT
United States Magistrate Judge